**In the Interest of L.E.W., a Minor.**

**No. ED 78915.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Nov. 20, 2001.

Daniel J. Briegel, Union, MO, for appellant.

Julie Forman Jones, John Robert, O'Connor, (Guradian Ad Litem), Union, MO, for respondent.

Before MARY R. RUSSELL, P.J., PAUL J. SIMON, J., and MARY K. HOFF, J.

*ORDER*

PER CURIAM.

T.W. ("Mother") appeals the juvenile court's judgment terminating her parental rights to her son, L.E.W. ("Child"). We find the judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976).

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. The parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).